| | |
|---|---|
| 1 | Ara Sahelian, Esq., [CBN 169257] |
| 2 | SAHELIAN LAW OFFICES |
|   | 23276 South Pointe Drive, Suite 216 |
| 3 | Laguna Hills, CA  92653 |
| 4 | 949. 859. 9200 |
|   | e-mail: sahelianlaw@me.com |
| 5 | |
| 6 | Attorneys for Naim Mtanios Younan; Naim Mtanios Younan as trustee; |
| 7 | Nofa Younan; Nofa Younan as trustee |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Eastern Division - Riverside)**

| | | |
|---|---|---|
| 15 | James Rutherford | |
| 16 | Plaintiff, | |
| 17 | vs. | CASE NO.: 5:20-cv-01204-MWF-SP |
| 18 | Naim Mtanios Younan; | |
| 19 | Naim Mtanios Younan as | The Honorable Michael W. Fitzgerald |
| 20 | trustee; Nofa Younan; Nofa | **EXHIBITS IN SUPPORT OF** |
| 21 | Younan as trustees of The | **MOTION TO DISMISS [FRCP 12(b)1]** |
| 22 | Naim and Nofa Younan | Hearing Date: September 21, 2020 |
| 23 | Living Trust, | Time: 10:00 AM |
| 24 | Defendants. | |