1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Eastern Division - Riverside)**

James Rutherford
           Plaintiff,
                vs.
Naim Mtanios Younan; Naim
Mtanios Younan as trustee; Nofa
Younan; Nofa Younan as
trustees of The Naim and Nofa
Younan Living Trust,
           Defendants.

CASE NO.: 5:20-cv-01204-MWF-SP

The Honorable Michael W. Fitzgerald

**[PROPOSED] ORDER ON
MOTION TO DISMISS [FRCP 12
(b)1]**

Hearing Date: September 21, 2020
Time: 10:00 AM

ORDER ON [PROPOSED] ORDER ON MOTION TO DISMISS [FRCP 12(b)1]  - Page 1 -

**[PROPOSED] ORDER ON**
**MOTION TO DISMISS [FRCP 12(b)1]**

The Motion to Dismiss filed by Defendants Naim Mtanios Younan; Naim Mtanios Younan as trustee; Nofa Younan; Nofa Younan as trustee in this matter came on regularly for hearing before this Court.

Having considered the moving and opposition papers, arguments, and all other matter presented to this Court, the Court finds that Plaintiff has failed to allege sufficient facts establishing standing as required by *Chapman v. Pier 1 Imports (U.S.), Inc.*, 631 F.3d 939, 955 (9th Cir. 2009) for the Plaintiff's claim under the Americans with Disabilities Act.

IT IS HEREBY ORDERED that the DEFENDANTS' Motion to Dismiss is GRANTED / DENIED, and the Complaint is hereby DISMISSED [with] [without] prejudice.

Plaintiff and Defendants are ORDERED to visit the Site, with all counsel present, no later than _____ , to have Plaintiff demonstrate the substance of his claim. The parties shall then file a Report, no later than _____ .

IT IS FURTHER ORDERED that because Plaintiff's remaining claim concerns issues of state law only, this Court DECLINES to exercise jurisdiction over such claim.

IT IS SO ORDERED

Dated: _____

_____
Hon. Michael W. Fitzgerald

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER ON MOTION TO DISMISS [FRCP 12(b)1]  - Page 3 -**